# COLLEEN M. McCLURE
### ATTORNEY AT LAW
6046 FM 1960, #425
Spring, Texas 77379
colleen.mcclure@att.net
https://www.colleen-m-mcclure-attorney.net/

TELEPHONE (281) 440-1625
FAX (281) 946-5627

Legal Assistant
Sheila Singh

October 5, 2022
Via Efiling

Honorable Judge Jeffrey V Brown
U.S. District Clerk's Office
601 Rosenberg Avenue, Room 613
Galveston, Texas 77550

Re:   CASE #: 3:21-cv-00249 - Rios et al v. Specialized Loan Servicing LLC

Dear Judge Brown,

The parties have reached an agreement and resolved the above case. We have worked out an agreement and are awaiting the signatures of all parties involved in this lawsuit to complete the terms of the agreement. We would like to have an entry date for the dismissal which is at least 60 days out from the date of this letter in order to ensure the time needed for the Defendant to obtain the appropriate signatures on the modification documents. If we get all signatures prior to the date the court provides, we will file the dismissal documents at that time.

A copy of this letter has been sent to Branch Sheppard Attorney for Defendant for review and approval.

If you have any questions, please do not hesitate to contact me at your convenience.

Very truly yours,

Colleen M. McClure
Attorney at Law

CMM/ss